# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**STATE OF CONNECTICUT,**

                V.                   **SUMMONS IN A CIVIL CASE**

**U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL.,**

                                         CASE NUMBER: **3:19–CV–01597–VLB**

    TO: **Matthew T. Albence, William P. Barr, Kenneth T. Cuccinelli, Executive Office for Immigration Review, Kevin McAleenan, James Mchenry, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, U.S. Department of Justice, U.S. Immigration & Customs Enforcement**
Defendant's Address:

    A lawsuit has been filed against you.

    Within **60** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Margaret Q. Chapple**
**Attorney General's Office, Employment Rights**
**55 Elm St., PO Box 120**
**Hartford, CT 06141–0120**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ – F. Velez**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2019–10–11 10:03:24.0**, Clerk
USDC CTD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: