UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT, | : | Case No. 3:19-cv-1597(VLB) |
| Plaintiff, | : | |
| v. | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | : | |
| Defendants. | : | January 27, 2020 |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants respectfully move the Court to dismiss the complaint in the above-captioned case. As set forth in greater detail in Defendants' accompanying memorandum of law, the Court lacks jurisdiction over the State of Connecticut's ("the State") complaint because its claims are barred by the jurisdictional channeling provisions of the Immigration and Nationality Act ("INA"), and because it has failed to plead standing under Article III of the U.S. Constitution. The substance of the State's complaint improperly challenges an individual's immigration removal proceedings. The INA dictates, however, that such challenges may only be made by the affected individual through a petition for review filed in the proper Court of Appeals. Moreover, the complaint fails to allege any injury that is fairly traceable to conduct by Defendants, or within the INA's zone of interest.

Even if jurisdiction was proper, the State nonetheless fails to plead a claim on which relief can be granted under the Administrative Procedure Act because it does not challenge any reviewable final agency action. And the Tenth Amendment

**ORAL ARGUMENT REQUESTED**

**claims fail as well because the power to determine eligibility for immigration benefits rests solely with the federal government, impinging on no cognizable state interest presented here.**

**WHEREFORE, Defendants respectfully move the Court to dismiss the State's complaint for lack of jurisdiction and for failure to state a claim on which relief can be granted.**

**Dated: January 27, 2020**                    **Respectfully Submitted,**

**JOSEPH H. HUNT**
*Assistant Attorney General*

**WILLIAM C. PEACHEY**
*Director*

**WILLIAM C. SILVIS**
*Assistant Director*

<u>**/s/ T. Benton York**</u>
**T. BENTON YORK (U.S.D.C. CT phv10355)**
*Trial Attorney*
**U.S. Department of Justice, Civil Division**
**Office of Immigration Litigation – DCS**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel: (202) 598-6073**
**Email: Thomas.B.York@usdoj.gov**
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ T. Benton York*
T. BENTON YORK
Trial Attorney
United States Department of Justice
Civil Division