UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　*Defendants*. | No.3:19-cv-01597-VLB |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 7(b), Plaintiff, the State of Connecticut, respectfully requests a 30-day good cause extension to respond to Defendants' "Motion to Dismiss." The parties conferred prior to this filing, and Defendants have no objection to this requested extension.

In support of this request, Plaintiff states:

1.　Plaintiff seeks declaratory and injunctive relief from the Defendants' policy and practice of disregarding the immigration consequences of pardons granted by the state of Connecticut. See docket entry no. 19, Amended Complaint, pp. 29-30. At the core of Plaintiff's complaint, in addition to constitutional claims, is an Administrative Procedures Act (APA) challenge to Defendants' abrupt reversal of a longstanding policy and practice of respecting and according immigration benefits to pardons granted by Connecticut and other jurisdictions whose pardon systems are functionally indistinguishable from Connecticut's system.

2. Defendants' Motion to Dismiss the Amended Complaint was filed on May 18, 2020. Docket entry no. 24-1. The motion effectively insists, in response to Plaintiff's APA claims, that the government has no policy and practice that amounts to a final agency action under the APA. <u>See</u> docket entry no. 24-1, Motion to Dismiss, p. 26.

3. But, on May 21, 2020, while Plaintiff was preparing a response to Defendants' claim, the United States Court of Appeals for the First Circuit issued an opinion that significantly undercuts Defendants' argument. In *Thompson v. Barr*, no. 18-1823, p. 26 (1st Cir. 5/21/20), the First Circuit affirmed that the federal government has long embraced a "policy" of affording immigration benefits to Connecticut pardons – and that it has recently departed from that policy without reasoned explanation.

4. Plaintiff neither foresaw, nor could reasonably have foreseen, that directly applicable precedent would be released by a federal appellate court during the delay between receipt of and response to the government's motion.

5. Under normal circumstances, Plaintiff might not have required this additional time to incorporate new and important precedent into its arguments in responding to the government's Motion to Dismiss. Now, however, undersigned counsel is working remotely and without the benefit of paralegal assistance, and – as the Connecticut Attorney General's sole attorney tasked entirely with civil rights litigation – is also burdened with responding to a range of novel and time-sensitive issues relating to both the Coronavirus and the tragic civil unrest that is now shaking the country. Under the circumstances, additional time is essential to

**effective presentation of the State's case.**

**WHEREFORE, for the foregoing reasons, Defendants respectfully move the Court to extend the responsive pleading deadline to and including July 8, 2020.**

**Dated: June 1, 2020**                                           **Respectfully submitted,**

                                                             **WILLIAM TONG**
**Attorney General**
**State of Connecticut**

**VANESSA ROBERTS AVERY (CT # 21000)**
**Associate Attorney General**

**By: /s/ *Joshua Perry***
**JOSHUA PERRY\* (CT # 439166)**
**Special Counsel for Civil Rights**
**165 Capitol Avenue**
**Hartford, CT 06106**
**(860) 808-5318**
**Joshua.perry@ct.gov**

*Attorneys for Plaintiff State of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ *Joshua Perry*
JOSHUA PERRY* (CT # 439166)
Special Counsel for Civil Rights
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5318
Joshua.perry@ct.gov