UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STATE OF CONNECTICUT,** | : | Case No. 3:19-cv-1597(VLB) |
| **Plaintiff,** | : | |
| v. | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| **Defendants.** | : | August 31, 2020 |

## JOINT STATUS REPORT

Pursuant to the Court's August 6, 2020 Order, the Parties submit this Joint Status Report regarding the status of the Parties' settlement discussions:

1. Defendant U.S. Department of Homeland Security and Plaintiff State of Connecticut have exchanged proposed drafts for a settlement agreement in a good faith effort to reach a resolution.

2. The Parties have not reached a settlement agreement.

3. The Parties propose that if an agreed settlement framework cannot be reached within 14 days of this Joint Status Report, then Plaintiffs should file their opposition brief no later than September 28, 2020.

4. If the Parties reach a settlement agreement, the Parties will promptly notify the Court.

WHEREFORE, for the foregoing reasons, the Parties respectfully move the Court to set Plaintiffs' deadline to respond to Defendants' pending Motion to Dismiss the Amended Complaint for September 28, 2020 if no agreement can be reached within 14 days of this filing.

**Dated: August 31, 2020**     Respectfully Submitted,

**ETHAN P. DAVIS**
*Acting Assistant Attorney General*,
*U.S. Department of Justice, Civil Division*

**WILLIAM C. PEACHEY**
*Director, Office of Immigration of Litigation, District Court Section*

**WILLIAM C. SILVIS**
*Assistant Director*

*/s/ T. Benton York*
**T. BENTON YORK (U.S.D.C. CT phv10355)**
*Trial Attorney*
**U.S. Department of Justice, Civil Division**
**Office of Immigration Litigation – DCS**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel: (202) 598-6073**
**Email: Thomas.B.York@usdoj.gov**
*Attorneys for Defendants*

**WILLIAM TONG**
**Attorney General**
**State of Connecticut**

**VANESSA ROBERTS AVERY (CT # 21000)**
**Associate Attorney General**

**By: */s/ Joshua Perry***
**JOSHUA PERRY* (CT # 439166)**
**Special Counsel for Civil Rights**
**165 Capitol Avenue**
**Hartford, CT 06106**
**(860) 808-5318**
**Joshua.perry@ct.gov**
*Attorneys for Plaintiff State of Connecticut*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ T. Benton York
T. BENTON YORK
Trial Attorney
United States Department of Justice
Civil Division