UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STATE OF CONNECTICUT,** | : | Case No. 3:19-cv-1597(VLB) |
| Plaintiff, | : | |
| v. | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,** | : | |
| Defendants. | : | September 24, 2020 |

### JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE

The Parties submit this Joint Status Report regarding the status of the Parties' settlement discussions:

1. Defendant U.S. Department of Homeland Security (DHS) and Plaintiff State of Connecticut have reached an agreement in principle as to the resolution of Plaintiff's claims against Defendants DHS and Acting Secretary of Homeland Security Chad F. Wolf.

2. The agreement in principle remains subject to final review by DHS and U.S. Department of Justice (DOJ) leadership and by the Connecticut Attorney General before it becomes final.

3. Accordingly, the Parties request that the Court reinstate its continuance of Plaintiff's deadline to respond to Defendants' Motion to Dismiss the First Amended Complaint pending final approval by DHS and DOJ leadership and by the Connecticut Attorney General.

WHEREFORE, for the foregoing reasons, the Parties respectfully move the Court to continue Plaintiff's deadline to respond to Defendants' Motion to Dismiss

the First Amended Complaint pending final review of the Parties' agreement in principle.

Dated: September 24, 2020            Respectfully Submitted,

**JEFFEREY BOSSERT CLARK**
*Acting Assistant Attorney General,*
*U.S. Department of Justice, Civil Division*

**WILLIAM C. PEACHEY**
*Director, Office of Immigration of Litigation, District Court Section*

**WILLIAM C. SILVIS**
*Assistant Director*

By: /s/ T. Benton York
**T. BENTON YORK (U.S.D.C. CT phv10355)**
*Trial Attorney*
**U.S. Department of Justice, Civil Division**
**Office of Immigration Litigation – DCS**
**P.O. Box 868, Ben Franklin Station**
**Washington, D.C. 20044**
**Tel: (202) 598-6073**
**Email: Thomas.B.York@usdoj.gov**
*Attorneys for Defendants*

**WILLIAM TONG**
**Attorney General**
**State of Connecticut**

**VANESSA ROBERTS AVERY (CT # 21000)**
**Associate Attorney General**

By: /s/ Joshua Perry
**JOSHUA PERRY* (CT # 439166)**
**Special Counsel for Civil Rights**
**165 Capitol Avenue**
**Hartford, CT 06106**
**(860) 808-5318**
**Joshua.perry@ct.gov**
*Attorneys for Plaintiff State of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2020, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ T. Benton York
T. BENTON YORK
Trial Attorney
United States Department of Justice
Civil Division