# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| STATE OF CONNECTICUT, | ) | |
| | ) | Case No. 3:19-cv-1597(VLB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | June 10, 2022 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO TERMINATE SETTLEMENT CONFERENCE

The parties respectfully jointly move the Court (Spector, M.J.) to terminate the June 13, 2022 settlement conference, *see* ECF Nos. 78 and 79. In support of this motion, the parties state as follows:

1. The parties previously participated in settlement conferences on February 10, 2022, February 24, 2022, and April 7, 2022. *See* ECF Nos. 67, 69, and 74.

2. Prior to the parties' third settlement conference on April 7, 2022, *see* ECF No. 74, the parties exchanged written settlement proposals, which reflected both conceptual agreement as to the terms of a settlement as well as agreement on most provisions of the proposed settlement agreement.

3. On April 19, 2022, the parties conferred telephonically and reached agreement as to additional aspects of the settlement proposal.

4. On May 12, 2022, the parties filed a joint motion to continue the settlement conference originally scheduled for May 16, 2022, to permit the parties to attempt to conclude settlement discussions independently of the Court. ECF No. 77.

5. On May 12, 2022, the Court continued until June 13, 2022, the settlement conference

1

originally scheduled for May 16, 2022. ECF Nos. 78 and 79.

6. On June 3, 2022, Defendants sent Connecticut a subsequent settlement proposal that responded to concerns that Connecticut articulated during the parties' telephonic settlement discussion on April 19, 2022.

7. On June 9, 2022, Connecticut notified Defendants that Connecticut agreed to Defendants' revisions to the settlement proposal and that the parties had reached agreement on the text of a proposed settlement agreement.

8. Given the parties' agreement on the text of a proposed settlement agreement, the parties jointly respectfully request that the Court terminate the June 13, 2022 settlement conference.

9. Consistent with the Court's Order of May 19, 2022, directing "the parties to file a joint status report on or before 06/15/2022 indicating a) whether the parties require additional litigation and, if so, b) proposed discovery, dispositive motion, and trial deadlines as well as the basis for necessitating these specific dates," ECF No. 81, the parties will file a subsequent joint status report proposing to the Court (Bryant, D.J.) a plan for the disposition of this case. In this regard, the parties note that Defendants must obtain final agency approval of the settlement proposal from the U.S. Department of Homeland Security and the U.S. Department of State as well as final approval from the U.S. Department of Justice. The parties also note that the settlement proposal contemplates that Defendants will undertake certain actions before Connecticut voluntarily dismisses the case.

WHEREFORE, for the foregoing reasons, the parties respectfully move the Court to terminate the June 13, 2022 settlement conference.

Dated: June 10, 2022                                        Respectfully submitted,

| | |
|---|---|
| WILLIAM TONG<br>Attorney General State of<br>Connecticut | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General<br>Civil Division |
| By: /s/ Margaret Q. Chapple<br>MARGARET Q. CHAPPLE<br>Deputy Attorney General<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>Tel: (860) 808-5316<br>Fax.: (860) 808-5387<br>Federal Bar No.: ct05550<br>Email: Margaret.Chapple@ct.gov<br><br>*Attorneys for Plaintiff* | WILLIAM C. PEACHEY<br>Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>By: /s/ Eric C. Steinhart<br>ERIC C. STEINHART<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation – DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-0618<br>Fax: (202) 305-7000<br>Federal Bar No.: phv20095<br>Email: eric.c.steinhart@usdoj.gov<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Eric C. Steinhart*
ERIC C. STEINHART
Trial Attorney
United States Department of Justice
Civil Division