## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| STATE OF CONNECTICUT, | ) ) ) | Case No. 3:19-cv-1597(VLB) |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | August 17, 2022 |
| Defendants. | ) ) ) |  |

### JOINT STATUS REPORT

Pursuant to the Court's (Spector, M.J.) Order of August 11, 2022, ECF No. 90, the parties respectfully jointly report that they have reached a final settlement. A copy of the executed settlement agreement is attached as Exhibit One.[1]

---

[1] The parties recognize that Judge Bryant's chambers practices require electronically filed documents to be "filed in Tagged PDF format" such that they may be "read properly when the Read Aloud function is activated." The settlement agreement, which the parties executed electrically, cannot be modified electronically to include a cover page. The parties have therefore attached a scanned copy of the settlement agreement as Exhibit One. Should the Court require a PDF version of the settlement agreement that may be "read properly when the Read Aloud function is activated," counsel can submit the original executed PDF via email.

Dated: August 17, 2022                                Respectfully submitted,

| | |
|---|---|
| WILLIAM TONG<br>Attorney General State of<br>Connecticut | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br>General<br>Civil Division |
| By: */s/ Margaret Q. Chapple*<br>MARGARET Q. CHAPPLE<br>Deputy Attorney General<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106<br>Tel: (860) 808-5316<br>Fax.: (860) 808-5387<br>Federal Bar No.: ct05550<br>Email: Margaret.Chapple@ct.gov<br><br>*Attorneys for Plaintiff* | WILLIAM C. PEACHEY<br>Director<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>By: */s/ Eric C. Steinhart*<br>ERIC C. STEINHART<br>Trial Attorney<br>U.S. Department of Justice, Civil<br>Division<br>Office of Immigration Litigation –<br>DCS<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-0618<br>Fax: (202) 305-7000<br>Federal Bar No.: phv20095<br>Email: eric.c.steinhart@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Eric C. Steinhart*

ERIC C. STEINHART

Trial Attorney

United States Department of Justice

Civil Division