UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STATE OF CONNECTICUT, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF )<br>HOMELAND SECURITY, *et al.*, )<br>    Defendants. ) | Case No. 3:19-cv-1597(VLB)<br><br><br><br><br>October 7, 2022 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, State of Connecticut, respectfully provides notice to the Court of the voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) against Federal Defendants, U.S. Department of Homeland Security, Secretary of Homeland Security Alejandro Mayorkas, U.S. Department of State and Secretary of State Antony Blinken without fees or costs to any party.

                                        Respectfully submitted,

                                        WILLIAM TONG
                                        Attorney General
                                        State ofConnecticut

                        By:    *Margaret Q. Chapple*
                                        MARGARET Q. CHAPPLE
                                        Deputy Attorney General
                                        Office of the Attorney General
                                        165 Capitol Avenue, Suite 5000
                                        Hartford, CT 06106
                                        Tel: (860) 808-5316
                                        Fax.: (860) 808-5387
                                        Federal Bar No.: ct05550
                                        Email: Margaret.Chapple@ct.gov
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Connecticut by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: *Margaret Q. Chapple*
MARGARET Q. CHAPPLE
Deputy Attorney General
Office of the Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel: (860) 808-5316
Fax.: (860) 808-5387
Federal Bar No.: ct05550
Email: Margaret.Chapple@ct.gov
*Attorney for Plaintiff*